UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>ADP, Inc., et al.</u>

    v.                      Civil No. 09-cv-00111-JL

<u>David Schneider, et al.</u>

**ORDER OF RECUSAL**

Because Arnold Rosenblatt is on my recusal list, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: April 15, 2009

cc:  Rachel A. Hampe, Esq.
     Arnold Rosenblatt, Esq.