UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                  *
ADP, INC. and ADP Commercial                      *   Case No. 09-cv-111-SM
Leasing, LLC                                      *
        Plaintiffs,                               *
                                                  *
v.                                                *
                                                  *
                                                  *
DAVID SCHNEIDER and                               *
DEALERSCOPE SOFTWARE, LLC                         *
        Defendants.                               *
                                                  *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## FINAL   ORDER

Came before the Court the motion joined by all parties for an agreed final judgment and injunction. The parties announced that they have resolved all their issues. The parties announce that, without admission of fault, part of the resolution of their issues includes the agreement by David Schneider into an Agreed Permanent Injunction.  The parties agree and this Court hereby ORDERS that David Schneider shall be and is henceforth PERMANENTLY ENJOINED from taking any actions or participating in any actions which, directly or indirectly, involve using any ADP passwords, computer programs, or subroutines without the permission of ADP, Inc., further from causing any electronic or physical intrusion, and from taking any step to gain unauthorized access to a system licensed to an automobile dealer by ADP, Inc.  Unauthorized access shall include but not be limited to any direct or indirect access which is not both authorized by the terms of an ADP, Inc. Master Services Agreement and expressly authorized by the dealer which

1

is a party to that Master Services Agreement   Notwithstanding the foregoing, nothing herein shall prevent Schneider from performing work for a licensed authorized ADP Dealer, provided said work falls within the scope of the ADP Master Services Agreement with such Dealer   In accordance with the agreement of the parties, all other claims which were or could have been raised by the parties in connection with the complaint or any potential counterclaim arising from the transactions or occurrences in this suit are dismissed with prejudice, each side to bear its own costs

SO ORDERED

Signed this 26th day of March, 2010

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
Chief Judge, U.S. District Court


cc:   All Counsel of Record